Mr. Anthony E. Moore # 563744
Holliday Unit
295 I H-45 North
Huntsville, Tx. 77320

Clerk: Mr. Abel Acosta
Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re: WR-24,502-10
To ask Court - if I can
ammend grounds

Dear Mr. Acosta,

I recieved your card not too long ago notifying me of my Cause no., and that my writ of 11.07 Habeas Corpus has been recieved and presented to the Court. I'd like to add two grounds for review - if it's not illegal, and with the permission of the Courts. I'm not trying to infuriate the Court nor write Continuous fervious writs. Just simply trying to obtain justice for myself the best I can without funds, attorney and limited knowledge of the law. However, I feel, that the Court will

1 of 2

final merit in these grounds (Which I'll table 6. & 7. since that's where grounds stopped (on 5). Thank you for your help and time concerning this matter.

Respectfully Submitted,
Anthony E. Moore
07-09-15

P.S. If you cannot ammend these grounds. I'd like for you to please, show them to the Honorable Judges who're to rule in my Case. Because in ground five I'm showing how "sentence now appear excessive". Hopefully, this will assist in their decision. Again, I do not know much concerning the law and how to properly defend myself. So. If it's not accepted. Can I file them on another 11.07? Your help concerning this matter is very appreciated. Thank you!

2 of 2

Ground Six: Sentence was illegally enhanced as habitual

Fact(s) supporting ground: I was sentenced to 21 years to TDC on May 31, 1988 after pleading not guilty and a jury trial in Travis County and in Cause no: 91360. I was on appeal at the time that I was charged for the instant offense. In fact. The jury had found me guilty, and I had a sentencing Hearing in front of the judge after jury had been dismissed. A wire from the Court of Criminal Appeals came in affirming Cause. Attorney Said; that I needed to plead "true" to the enhancement. So. Naturally, I took his advice not know the enhancement was illegally. The State offered me a one day deal of 15 years. And the judge never made an offer ( See "Sentencing" brief). So. Time was accessed to 35 years TDCJ-ID. Attorney never objected. So. Cause no: 91360 did not become a final conviction which was used as an enhancement until after jury was dismissed.

Ground Seven (amendment to ground three):
Insufficient Assistance of Counsel / Due Process
Additional facts supporting ground three:
Attorney not only knew that Indictment was illegal but adviced me to plead "true" to it knowing that I had a case pending in the Courts of Criminal Appeals that had not become final before indictment nor prior to trial. The wire came in from the Court of Criminal Appeals affirming said case as we were beginning the Sentencing phase of trial. He never objected as to leave record once again in this instant. He also failed to make it part of his arguement to get me lessor time during this Sentencing phase.

Inmate Declaration

I, Anthony Eugene Moore, am the applicant and being presently incarcerated in TDCJ-ID Holliday Unit, declare under penalty of perjury that, according to my belief, the facts Stated in the application (grounds) are true and Correct.

Signed on: July 9, 2015

A.E. Moore
Signature of Applicant

2 of 2